FILED

DEC 17 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | I N D I C T M E N T |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:25 CR 0 0 6 2 2 |
| | ) | Title 21, United States Code, |
| RICARDO WILLIAMS, | ) | Sections 841(a)(1), (b)(1)(C), |
| | ) | 843(b), and 856(a)(1) |
| Defendant. | ) | **JUDGE RUIZ** |

COUNT 1
(Possession with Intent to Distribute a Controlled Substance,
21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury charges:

1. On or about November 25, 2025, in the Northern District of Ohio, Eastern Division, Defendant RICARDO WILLIAMS did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of oxycodone, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

COUNT 2
(Using or Maintaining a Drug Premises,
21 U.S.C. § 856(a)(1))

The Grand Jury further charges:

2. On or about November 25, 2025, in the Northern District of Ohio, Eastern Division, Defendant RICARDO WILLIAMS did knowingly use and maintain a place located at

XXXX W. 44th St. in Cleveland, Ohio, for the purpose of distributing a controlled substance, in violation of Title 21, United States Code, Section 856(a)(1).

## COUNT 3
(Use of a Communications Facility to Facilitate a Drug Felony, 21 U.S.C. § 843(b))

The Grand Jury further charges:

3. On or about November 4, 2025, at or around 10:39 a.m., in the Northern District of Ohio, Eastern Division, Defendant RICARDO WILLIAMS did knowingly and intentionally use a communication facility, to wit: a telephone, to facilitate acts constituting a felony under Title 21, United States Code, Section 841(a)(1), in violation of Title 21, United States Code, Section 843(b).

## FORFEITURE

The Grand Jury further charges:

4. The allegations of Counts 1 through 3 are hereby re-alleged and incorporated by reference as if fully set forth herein for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853. As a result of the foregoing, Defendant RICARDO WILLIAMS shall forfeit to the United States, all property constituting or derived from, any proceeds he obtained, directly or indirectly, as the result of such violations; and all property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations; including, but not limited to, the following properties seized on November 25, 2025, pursuant to a federal search warrant at the Defendant's residence:

   a. $11,002.00 in U.S. Currency;

   b. American Tactical, Model GSG-16, .22 caliber firearm bearing serial number 922458;

   c. Glock 32, 40 caliber firearm, bearing serial number VNW859;

   d. Smith & Wesson, Bodyguard firearm, bearing Serial Number EJH9422;

e. North American Arms, firearm bearing serial number D99A25;

f. Smith & Wesson, Bodyguard, 380 firearm, bearing serial number SNK KFB4886;

g. Glock 43, 9 mm firearm, bearing serial number AKCV742; and

h. miscellaneous ammunition.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.